Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to reverse and reinstate the orders of the State Rent Administrator in the following memorandum: The proof adduced before the State Rent Administrator establishes that the petitioner intended to convert this building to commercial purposes after evicting these fourteen tenants. Such intention contradicts the landlord's assertion that it applied for the certificates of eviction in good faith. The absence of such faith is fatal to the petitioner's application. The State Rent Administrator found as a fact that there was a reasonable basis to imply such intention on the part of the landlord. Moreover, the Administrator properly found that the operational loss of the premises was a condition of the landlord's own choosing and that the disrepair of some of the apartments was a condition that the landlord could easily remedy if it so desired.

In the Matter of the Arbitration between BROOKSIDE MILLS, INC., Appellant, and CHAS. BERNSTEIN & SON, BERNSIDE MILLS DIVISION, Respondent.— No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See post, p. 1005, 280 App. Div. 777.]

STANLEY M. KAHN, Appellant, v. SOL WISOTSKY, Defendant. SOL WISOTSKY, Respondent, v. STANLEY M. KAHN, Defendant.— No opinion. Settle order on notice including the consent of the plaintiff-appellant to waive a trial by jury. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

PEARL TANZMAN et al., Respondents, v. MORRIS TANZMAN, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

CHARLES F. MAGUIRE, Appellant, v. ARDEA REALTY CORP., Respondent. CORNELIUS O'CONNELL, Appellant, v. ARDEA REALTY CORP., Respondent. NORA W. O'SULLIVAN, Appellant, v. ARDEA REALTY CORP., Respondent. SARAH TREACY, Appellant, v. ARDEA REALTY CORP., Respondent.— Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

LILLIAN LE BLANG, Respondent, v. HANOVER FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Defendant, and CALEDONIAN INSURACE Co., Appellant. — No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.